Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLENA LYSYUK, | ) Case No.: |
| | ) |
| | ) **COMPLAINT FOR DAMAGES** |
| Plaintiff, | ) **1. VIOLATION OF THE FAIR** |
| v. | ) **DEBT COLLECTION PRACTICES** |
| | ) **ACT, 15 U.S.C. §1692 ET. SEQ.;** |
| IC SYSTEM, | ) **2. VIOLATION OF THE** |
| | ) **ROSENTHAL FAIR DEBT** |
| Defendant. | ) **COLLECTION PRACTICES ACT,** |
| | ) **CAL. CIV. CODE §1788 ET. SEQ.** |
| | ) |
| | ) **JURY TRIAL DEMANDED** |

## COMPLAINT

OLENA LYSYUK ("Plaintiff"), by her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against IC SYSTEM ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Rosenthal Fair Debt Collection

Practices Act, cal. Civ. Code §1788, *et seq.* ("RFDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION AND VENUE

2.  Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. § 1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3.  Defendant conducts business in the State of California and therefore, personal jurisdiction is established.

4.  Venue is proper pursuant to 28 U.S.C. § 1391 (b)(1) and (b)(2).

## PARTIES

5.  Plaintiff is a natural person residing in Sacramento, California 95814.

6.  Plaintiff is a "consumer" as that term is defined by 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal. Civ. Code §1788.2(h).

7.  In the alternative, Plaintiff is a person granted a cause of action under the FDCPA. See §1692 (k)(a) and Wenrich v. Cole, U.S. Dist. LEXIS 18687 (E.D. Pa. Dec. 22, 2000).

8.  Defendant is a corporation specializing in debt collection with its principal place of business located, 1444 Highway 96 E., St. Paul, MN, 55127.

9. Defendant is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6), and RFDCPA, Cal. Civ. Code §1788.2(c).

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. Plaintiff uses her cellular telephone in a manner to conduct business.

12. Upon information and belief, Defendant was attempting to collect an alleged consumer debt from Plaintiff as the term is defined by the FDCPA at 15 U.S.C. § 1692a(5) and the RFDCPA at Cal. Civ. Code §1788.2(f).

13. Plaintiff does not have any business debts, so the debt that Defendant was contacting Plaintiff about could only have been a consumer debt incurred primarily for personal, family or household purposes.

14. Within the one year period preceding the filing of this Complaint and continuing into February 2016, Defendant's collectors placed repeated and harassing debt collection calls to Plaintiff's cellular telephone.

15. Defendant's harassing debt collection calls derived from numbers including, (202) 870-5891. The undersigned has confirmed that this number belongs to Defendant.

16. Plaintiff spoke to Defendant when the calls first began and informed

Defendant to stop contacting her on her cellular telephone.

17. However, Defendant ignored Plaintiff's requests and continued to call Plaintiff on her cellular telephone several times through January 2016, despite Plaintiff's repeated requests to stop calling.

18. Once Defendant was aware that its calls were unwanted, any further calls could only have been for the purpose of harassment.

19. Ultimately, in order to stop receiving Defendant's calls, Plaintiff was forced to download a call blocking application on her cellular telephone and block Defendant's telephone number.

## COUNT I
## DEFENDANT VIOLATED §§1692d and d(5) OF THE
## FAIR DEBT COLLECTION PRACTICES ACT

20. Section 1692d of the FDCPA prohibits debt collectors from engaging in any conduct the natural consequence of which is to harass, oppress or abuse any person, in connection with the collection of a debt.

21. Section 1692d(5) of the FDCPA prohibits debt collectors from causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

22. Defendant violated both sections when it called Plaintiff repeatedly and continuously, and continued to call after knowing its calls were unwanted.

# COUNT II
# DEFENDANT VIOLATED THE
# ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Section 1788.17 of the California Civil Code mandates that every debt collector attempting to collect a consumer debt shall comply with § 1692b through § 1692j of the FDCPA.

24. Defendant violated Cal. Civ. Code § 1788.17, when it violated the FDCPA for the reasons set forth in this Complaint.

WHEREFORE, Plaintiff, OLENA LYSYUK, respectfully prays for a judgment as follows:

a. All actual damages suffered pursuant to 15 U.S.C. § 1692k(a)(1);

b. Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. § 1693k(a)(3);

d. All actual damages, statutory damages, reasonable attorney's fees and costs, and any other litigation costs incurred by Plaintiff pursuant to the RFDCPA at Cal. Civ. Code § 1788.17;

e. Any other relief deemed appropriate by this Honorable Court.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, OLENA LYSYUK, demands a jury trial in her case.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
|  | KIMMEL & SILVERMAN, P.C.. |
| DATED: February 10, 2017 | By: /s/ Amy L. Bennecoff Ginsburg |
|  | Amy L. Bennecoff Ginsburg(275805) |
|  | Kimmel & Silverman, P.C |
|  | 30 East Butler Pike |
|  | Ambler, PA 19002 |
|  | Telephone: (215) 540-8888 |
|  | Facsimile (215) 540-8817 |
|  | Email: aginsburg@creditlaw.com |
|  | Attorney for Plaintiff |